FILED: 7/8/11

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Chalong Phay,* | CASE NO. ED CV 11-870-GHK (DTBx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *PNC Mortgage LLC, et al.* | |
| Defendants. | |

Pursuant to the Court's June 24, 2011 Order, **IT IS HEREBY ADJUDGED** that Plaintiff Chalong Phay's ("Plaintiff") claims against Defendant PNC Mortgage LLC are **DISMISSED with prejudice**. Pursuant to the Court's July 8, 2011 Order, Plaintiff's claims against Defendant Mortgage Electronic Registration Systems are **DISMISSED without prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: July 8, 2011

_____
GEORGE H. KING
United States District Judge